NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**GUILLERMO MOJARRO,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

_____

2013-3109

_____

Petition for review of the Merit Systems Protection Board in No. SF0353110827-I-1.

_____

**ON MOTION**

_____

**O R D E R**

Guillermo Mojarro moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

GUILLERMO MOJARRO V. USPS                                    2

FOR THE COURT

 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s23